E-FILED 01/19/11
JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PENNSYLVANIA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANA L. CHRISTENSEN et al.,<br><br>Defendants. | Case No. 2:10-cv-02818-PSG-FFM<br><br>**[PROPOSED] STIPULATED JUDGMENT** |

WHEREAS Plaintiff National Union Fire Insurance Company of Pittsburgh, Pennsylvania ("Plaintiff") filed a Complaint (Docket No. 1) alleging, inter alia, that Defendant Deana L. Christensen ("Defendant") is liable to Plaintiff for losses it paid to its insureds and other losses caused by Defendant's alleged fraud, conversion, and/or negligence;

WHEREAS the Summons and Complaint were served on Defendant (Docket No. 6);

WHEREAS Plaintiff and Defendant have executed the Stipulation for Entry of Judgment ("Stipulation") in which the parties stipulate that the Court has personal

1  jurisdiction over Defendant and that the Court has subject matter jurisdiction over this
2  action; and

3      WHEREAS in the Stipulation, without admitting or denying the other
4  allegations of the Complaint other than those regarding the Court's jurisdiction, which
5  are admitted, Defendant appears and consents to the entry of this Stipulated Judgment
6  without further notice;

7      IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that
8  Defendant shall pay Plaintiff damages, pre-judgment interest thereon, and costs
9  totaling one hundred eighty-four thousand seventy-six and five one-hundredths U.S.
10 dollars ($184,076.05).  In addition, Defendant shall pay Plaintiff post-judgment
11 interest on said sum calculated from the date this Final Judgment is entered at the rate
12 of seven percent (7%) per annum, compounded annually.

13     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff
14 shall bear its own attorney's fees and that Defendant shall bear her own attorney's fees
15 and costs in this action.

16     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that there being
17 no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil
18 Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without
19 further notice.

20
21 Date:   01-19-11                    **PHILIP S. GUTIERREZ**
22                                         U.S. District Court Judge
23
24
25
26
27
28

[PROPOSED] STIPULATED JUDGMENT